GEOFFREY HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Jose de Jesus Gomez Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00159 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING APPEARANCE |
| ) | DATE FROM APRIL 3, 2012 TO MAY 15, |
| JOSE DE JESUS GOMEZ GARCIA, ) | 2012 AND EXCLUDING TIME UNDER |
| ) | 18 U.S.C. § 3161 |
| Defendant. ) | |

**STIPULATION**

The parties are scheduled to appear before this Court on April 3, 2012. The government has extended a plea offer to defendant. In light of defense counsel's more detailed explanation to government counsel about issues relating to her client, the parties jointly request that the matter be referred to U.S. Probation for a Pre-Plea criminal-history-only Report and that the April 3, 2012 court date be continued to May 15, 2012 or some date thereafter convenient to the Court. The parties anticipate that Mr. Jose de Jesus Gomez Garcia could enter a plea and be sentenced on May 15, 2012.

The parties also agree that the time between April 3, 2012 and May 15, 2012 should be

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No. CR 12-00159 WHA

excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: 4/2/2012

/s/

LOWELL POWELL
Assistant United States Attorney

Dated: 4/2/2012

/s/

SHAWN HALBERT
Attorney for Defendant Jose de Jesus Gomez Garcia

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No. CR 12-00159 WHA

2

**ORDER**

For the reasons stated above, the Court continues the status date in this matter from April 3, 2012 to May 15, 2012 [or to _____ ___, 2012]. The Court further refers this case to U.S. Probation for a Pre-Plea criminal-history-only Report, to be provided to the Court and government and defense counsel no later than May 8, 2012.

SO ORDERED.

Dated: April 3, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING COURT DATE
No. CR 12-00159 WHA

3